UNITED STATES DISTRICT COURT NORTHERN
DISTRICT OF NEW YORK
----------------------------------------------------------------X
DEBORAH LAUFER

              Plaintiff,              CASE NO.: 5:19-cv-1583 (BKS/ML)

v.

CORTLAND SPRING, INC., YING JIANG AND
RONG JIANG,
              Defendants.
----------------------------------------------------------------X

## STIPULATION OF VOLUNTARY DISCONTINUANCE

WHEREAS, no party hereto is an infant or incompetent for which a conservator has been appointed, The Plaintiff and defendants CORTLAND SPRING, INC., YING JIANG AND RONG JIANG by and through the undersigned counsel, hereby notifies This Court that this action in is hereby voluntarily Dismissed with prejudice, and without costs to either party.

IT IS FURTHER AGREED, that pdf copies of signatures shall be deemed original for the purposes of this Stipulation.

DATED : New York, New York
            May 8, 2020

                                                  LAW OFFICES OF PETER SVERD, PLLC

_____        By: _____
Thomas J. Muprhy Esq.
Attorney for Defendants                           Peter Sverd, Esq.
507 Plum Street, Ste 103                      *Attorneys for Plaintiff* 225
Syracuse, NY 13204                            Broadway, Ste. 613 New
(315) 666-1172                                 York, NY 10007 PH:
                                                    (646) 751-8743
                                                    Psverd@sverdlawfirm.com